UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 1:97-CR-5142 MDC |
| | ) | |
| Plaintiff, | ) | NEW CASE NUMBER: |
| | ) | |
| v. | ) | 1:97-CR-5142 OWW |
| | ) | |
| LUIS RAMIREZ HUERTA, | ) | |
| | ) | |
| | ) | ORDER REASSIGNING CASE |
| Defendant. | ) | |
| | ) | |
| | ) | |

The Clerk having been advised that a post conviction motion will be filed in this matter, it is ordered that this case be reassigned from the docket of Judge M. D. Crocker to the docket of Judge Oliver. W. Wanger.

IT IS SO ORDERED.

Dated: April 4, 2008          /s/ OLIVER W. WANGER

                              United States District Judge

1